IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON COOPER,

    Plaintiff,                       No. CIV S-08-2856 GGH P

  vs.

DR. McALPINE, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff's September 1, 2009, motion for summary judgment is submitted for decision. On October 16, 2009, defendants filed a summary judgment motion. Plaintiff has not filed an opposition.

        Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause for his failure to file an opposition to defendants's summary judgment motion; within that time, plaintiff shall also file his opposition.

DATED: January 11, 2010

                                                /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE

coo2856.osc

1