IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEON COOPER,** | Case No. 2:08-cv-2856 GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **DR. MCALPINE, et al.,** | |
| Defendants. | |

Defendants' *Nunc Pro Tunc* request to modify the Pretrial Order was considered by this Court, and good cause appearing as it was the court's clerical error in omitting witness Gandy from the witness list in the pretrial order:

**IT IS HEREBY ORDERED** that the Pretrial Order of August 26, 2010, is modified so that L. Gandy will be included in Defendants' list of witnesses.

Dated: January 20, 2011

                                              /s/ Gregory G. Hollows
                                              U.S. MAGISTRATE JUDGE

Coop2856.mod