IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON COOPER,

      Plaintiff,                    No. CIV S-08-2856 GGH P

      vs.

DR. McALPINE, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Trial is scheduled for February 28, 2011. On February 11, 2011, defendants filed a motion in limine to exclude plaintiff from offering expert testimony on medical matters at trial. There is a wide array of medical testimony that plaintiff could conceivably offer at trial. Some of this evidence may involve expert opinions that are not admissible while other evidence may involve plaintiff discussing his medical condition that will be admissible. Therefore, defendants' motion in limine is denied without prejudice and defendants may raise objections to specific evidence at trial as they arise.

\\\\\

\\\\\

\\\\\

1       IT IS HEREBY ORDERED that defendants' motion in limine (Doc. 46) is denied without prejudice and defendants may raise objections to specific evidence at trial as they arise.

DATED: February 15, 2011

   /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH: AB
coop2856.ord