UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
March 1, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

**AMENDED JUDGMENT IN A CIVIL CASE**

Leon Cooper

         v.    CASE NUMBER: 2:08-CV-2856 GGH P

S. McAlpine, et al

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF FEBRUARY 28, 2011, GRANTING DEFENDANTS RULE 50 MOTION.**

                Victoria C. Minor,
                Clerk of the Court

ENTERED: March 1, 2011       by: /s/ L.Reader, Deputy Clerk